# EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, SS. | SUPERIOR COURT DEPARTMENT<br>OF THE TRIAL COURT |

| | |
|---|---|
| RIMMA VAKS<br><br>                Plaintiff,<br>v.<br><br>TOM QUINLAN, DORIAN LEBLANC and<br>LUMIRADX<br><br>                Defendants. | C.A. No. 1881-CV-02687 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that Defendants Tom Quinlan, Dorian LeBlanc and LumiraDx, Inc. filed a Notice of Removal on December 14, 2018, a copy of which is attached hereto as Exhibit 1, in the United States District Court for the District of Massachusetts, which is incorporated herein by reference.

Please take further notice that, pursuant to 28 U.S.C. § 1446(d), the filing of such Notice of Removal in the United States District Court, together with the filing of a copy of that Notice of Removal with the Clerk of this Court, effects removal of this action to the United States District Court, and this Court may proceed no further unless and until the case is remanded.

Respectfully submitted,

TOM QUINLAN, DORIAN LEBLANC and LUMIRADX, INC.

By their attorneys,

*/s/ Gauri P. Punjabi*

Gauri Punjabi (BBO #675781)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Phone: (617) 542-6000
Fax: (617) 542-2241
GPPunjabi@mintz.com

Dated:  December 14, 2018

2

## CERTIFICATE OF SERVICE

I, Gauri P. Punjabi, hereby certify that on this 14th day of December 2018, I served the foregoing upon the following via Federal Express as follows:

Rimma Vaks, *Pro Se*
103 Puritan Lane
Swampscott, MA 01907
(781) 581-6994

_____
Gauri P. Punjabi