UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIMMA VAKS<br><br>        Plaintiff,<br><br>v.<br><br>TOM QUINLAN, DORIAN LEBLANC and LUMIRADX<br><br>        Defendants | Civil Action<br>1:18-cv-12571-LTS |

Motion to allow ECF filing

Please allow me access to ECF filing in order to proceed with this case in timely manner

Respectfully,

Rimma Vaks

01/10/2018