**Message**

| | |
|---|---|
| **From:** | Dorian LeBlanc [dorian.leblanc@lumira.com] |
| **Sent:** | 10/20/2017 6:44:58 PM |
| **To:** | health-it-team@lumira.com; lumira-fitlinxx@lumira.com |
| **Subject:** | LumiraDx Updates and Transitions |
| **Attachments:** | LumiraDx Limited Code of Conduct.pdf; Code of Conduct - Acknowledgement Form.pdf |

**Importance:**   High

Greetings everyone!

First, on behalf of those in the Waltham office, a special "thank you" to **Peter Cipriano** for organizing the Diwali celebration yesterday. Well appreciated by all.

Please join me in welcoming **Pooja Singla** to our team. Pooja has joined us from HCL Technologies and will be working on the QA team under Neal in the role of QA Automation.

In addition, please welcome **Jon Butterworth**, Production DevOps Engineer on October 23rd. Jon is joining us based out of Exeter, UK reporting to James Sharp. Jon is a dedicate IT professional with 20+ years of technology experience and 13 years of professional experience in a wide range of areas, including Microsoft system administration, Linux administration, HPC/Cluster specialist and DevOps.

**Raffy Rabin** has decided to pursue other opportunities. Raffy made great contributions throughout his time in the earliest days of Wellogic through to the current business. We wish him the best of luck, and we are sure he will have great success in whatever challenges he tackles next.

Finally, the **LumiraDx Code of Conduct** was circulated earlier this week. I have attached the Code and the required **Acknowledgement Form** here. Please take the time to review the Code of Conduct and sign your acknowledgements before October 27th. We want to ensure all employees have completed this task and provide an update to our Board of Directors. If there are any questions on the Code, please contact Veronique Ameye (veronique.ameye@lumiradx.com) or Dorian LeBlanc (dorian.leblanc@lumriadx.com). Thank you.


Kind regards,

Tom and Dorian



Dorian LeBlanc
Vice President, Finance
LumiraDx
+1 239-410-0657




Message
_____

**From:**        Tom Quinlan [tom.quinlan@lumiradx.com]
**Sent:**        8/2/2017 1:33:16 PM
**To:**          Dorian Leblanc [dorian.leblanc@lumiradx.com]
**Subject:**     Emailing: Health IT Organization.pdf
**Attachments:** Health IT Organization.pdf


Hi Dorian,

Attached is the visual of the Health IT org plan.  The red blocks
represent immediate position eliminations.  The yellow, eliminations
over the next few months and the green additions.  So eliminating the
red and yellow reflects what the org should look like at the end of the
year.

Tom


Your message is ready to be sent with the following file or link
attachments:
Health IT Organization.pdf

Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments. Check your
e-mail security settings to determine how attachments are handled.

--
Tom Quinlan
lumiraDx
221 Crescent Street
Waltham, MA 02453
Cell: 978-226-8667

Confidential

# Health IT Organization



LumiraDx_0000495

Confidential

**Subject:** Emailing: Health IT Organization.zip
**Date:** Tue, 19 Dec 2017 16:24:24 -0500
**From:** Tom Quinlan <tom.quinlan@lumiradx.com>
**To:** Dorian Leblanc <dorian.leblanc@lumiradx.com>

Dorian,

Attached are three org charts showing the Health IT and FitLinxx org currently, the planned org for 30-60 days from now and a downsized org if we focused only on supporting the diagnostics business.  There's also an excel file with tabs for each of the org options.

Tom

Your message is ready to be sent with the following file or link attachments:
Health IT Organization.zip

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

```
--
Tom Quinlan
lumiraDx
221 Crescent Street
Waltham, MA 02453
Cell: 978-226-8667
```

Confidential