Message

| | |
|---|---|
| **From**: | Dorian LeBlanc [dorian.leblanc@lumira.com] |
| **Sent**: | 10/20/2017 6:44:58 PM |
| **To**: | health-it-team@lumira.com; lumira-fitlinxx@lumira.com |
| **Subject**: | LumiraDx Updates and Transitions |
| **Attachments**: | LumiraDx Limited Code of Conduct.pdf; Code of Conduct - Acknowledgement Form.pdf |
| **Importance**: | High |

Greetings everyone!

First, on behalf of those in the Waltham office, a special "thank you" to **Peter Cipriano** for organizing the Diwali celebration yesterday.  Well appreciated by all.

Please join me in welcoming **Pooja Singla** to our team.  Pooja has joined us from HCL Technologies and will be working on the QA team under Neal in the role of QA Automation.

In addition, please welcome **Jon Butterworth**, Production DevOps Engineer on October 23rd.  Jon is joining us based out of Exeter, UK reporting to James Sharp.  Jon is a dedicate IT professional with 20+ years of technology experience and 13 years of professional experience in a wide range of areas, including Microsoft system administration, Linux administration, HPC/Cluster specialist and DevOps.

**Raffy Rabin** has decided to pursue other opportunities.  Raffy made great contributions throughout his time in the earliest days of Wellogic through to the current business.  We wish him the best of luck, and we are sure he will have great success in whatever challenges he tackles next.

Finally, the **LumiraDx Code of Conduct** was circulated earlier this week.  I have attached the Code and the required **Acknowledgement Form** here.  Please take the time to review the Code of Conduct and sign your acknowledgements before October 27th.  We want to ensure all employees have completed this task and provide an update to our Board of Directors.  If there are any questions on the Code, please contact Veronique Ameye (veronique.ameye@lumiradx.com) or Dorian LeBlanc (dorian.leblanc@lumriadx.com).  Thank you.


Kind regards,

Tom and Dorian



Dorian LeBlanc
Vice President, Finance
LumiraDx
+1 239-410-0657

