| Document/Bates Number | Document Type | File Name |
|---|---|---|
| ML-REV-LUMIRA_0001549 | Email | 4d528e0d2cac975f060cf0665d2ef2989549152f84940abe3f19f7067c3276ee.msg |
| ML-REV-LUMIRA_0003049 | Email | 47c4b8017a4f5bc4d95e3d3fc09fde68a388020c1e4c48719af7a165c3cd612b.msg |
| ML-REV-LUMIRA_0003049.0001 | Microsoft Word document | Notes from Meetings - HR - Dorian LeBlanc under direction of Company General Counsel.docx |
| ML-REV-LUMIRA_0003338 | Email | 849fab47fc2bad4301bef76296e37d3a1498b840a61ed869a15fa42df5f930d3.msg |
| ML-REV-LUMIRA_0003338.0001 | Microsoft Word document | Notes from Meetings - HR - Dorian LeBlanc under direction of Company General Counsel.docx |
| ML-REV-LUMIRA_0003722 | Email | dc6248eddd3d723fc909d55efaa5e5746e8a2e1a7dd2241b4e368ccbc5dbf5f6.msg |
| LumiraDx_0000326 | Email | 4ce05ad62e7d972c8f9e64edce57c439bb41a1aa10dadab21bcf8631e793c770.msg |
| LumiraDx_0000388 | Email | 0bbb480a6186538439c5ea554f5538e35a53edf3dec2b4f61fa8568a8a8f75f7.msg |
| LumiraDx_0000426 | PDF | HR Review Notes.pdf |

| Email Subject | From/Author |
|---|---|
| Re: Privilege and Confidential - HR Review | Veronique Ameye [veronique.ameye@lumiradx.com] |
| Update - HR Meetings | Dorian Leblanc [dorian.leblanc@lumiradx.com] |
| | Dorian LeBlanc |
| Re: Update - HR Meetings | Veronique Ameye [veronique.ameye@lumiradx.com] |
| | Dorian LeBlanc |
| Privilege and Confidential - HR Review | Dorian LeBlanc [dorian.leblanc@lumiradx.com] |
| Re: Jude email to Hemant - PRIVILDIGED and CONFIDENTIAL | Veronique Ameye [veronique.ameye@lumiradx.com] |
| Re: Jude email to Hemant | Veronique Ameye [veronique.ameye@lumiradx.com] |
| | Dorian LeBlanc |

| To | Sort Date/Time | Privilege Designation |
|---|---:|---|
| Dorian Leblanc [dorian.leblanc@lumiradx.com] | 12/6/2017 8:40 | Privileged - Fully Withheld |
| Veronique Ameye [veronique.ameye@lumiradx.com] | 9/12/2017 18:39 | Privileged - Fully Withheld |
|  | 9/12/2017 18:39 | Privileged - Fully Withheld |
| Dorian Leblanc [dorian.leblanc@lumiradx.com] | 9/12/2017 20:42 | Privileged - Fully Withheld |
|  | 9/12/2017 20:42 | Privileged - Fully Withheld |
| Veronique Ameye [veronique.ameye@lumiradx.com] | 12/5/2017 19:53 | Privileged - Fully Withheld |
| Dorian Leblanc [dorian.leblanc@lumiradx.com] | 8/28/2017 15:48 | Privileged - Redacted |
| Dorian Leblanc [dorian.leblanc@lumiradx.com] | 8/25/2017 6:35 | Privileged - Redacted |
|  | 12/5/2017 19:53 | Privileged - Redacted |

| **Privilege Reason** |
|---|
| Attorney Client Privileged Communication |
| Attorney Client Privileged Communication |
| Attorney Client Privileged Communication and Work Product Doctrine, authored by Dorian LeBlanc under direction of Company Counsel |
| Attorney Client Privileged Communication |
| Attorney Client Privileged Communication and Work Product Doctrine, authored by Dorian LeBlanc under direction of Company Counsel |
| Attorney Client Privileged Communication |
| Attorney Client Privileged Communication |
| Attorney Client Privileged Communication |
| Attorney Client Privileged Communication and Work Product Doctrine, authored by Dorian LeBlanc under direction of Company Counsel |